# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| TANISHA VAUGHN, | ) CIVIL COMPLAINT |
| Plaintiff, | ) CASE NO. 2:19-CV-773 |
| v. | ) **JUDGE GEORGE C. SMITH** |
| ALLIANT CAPITAL MANAGMENT LLC c/b/a ACM LLC, | ) **MAG. JUDGE CHELSEY M. VASCURA** |
| Defendant. | ) **JURY DEMAND** |

## NOTICE OF SETTLEMENT

Now comes Plaintiff and states that this matter has been amicably resolved.  A notice of dismissal is expected within thirty (30) days.

Respectfully Submitted,

Dated:  April 11, 2019

By:  s/ Geoffrey Parker

Geoffrey Parker (0096049)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Suite 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
gparker@hiltonparker.com
www.hiltonparker.com