# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TANISHA VAUGHN,**

    **Plaintiff,**

                      **Civil Action 2:19-cv-773**
                      **Judge George C. Smith**
    **v.**                           **Magistrate Judge Chelsey M. Vascura**

**ALLIANT CAPITAL MANAGEMENT, LLC,**
**dba ACM, LLC,**

    **Defendant.**

## ORDER

This case was reported as settled on April 11, 2019.  (ECF No. 4.)   If the parties have not filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **ON OR BEFORE May 24, 2019**, they are **DIRECTED** to file a written **REPORT** detailing the status of this case.

    **IT IS SO ORDERED**.

                                            /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE