# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TANISHA VAUGHAN,

    Plaintiff,

  v.                                      Civil Action 2:19-cv-773
                                          Judge George C. Smith
                                          Magistrate Judge Chelsey M. Vascura

ALLIANT CAPITAL MANAGEMENT,
LLC, d/b/a ACM, LLC

    Defendant.

## ORDER

Pursuant to this Court's April 12, 2019 Order, the parties were to file a status report on or before May 24, 2019, detailing the status of the case. (ECF No. 5). To date, no status report has been filed. The parties are again **DIRECTED** to file a **WRITTEN REPORT ON OR BEFORE JUNE 14, 2019**, detailing the status of this case, unless a dismissal entry has been filed in the interim.

    **IT IS SO ORDERED.**

                                                        /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE