# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| TANISHA VAUGHN, | ) | CIVIL COMPLAINT |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:19-CV-773 |
| | ) | |
| v. | ) | **JUDGE GEORGE C. SMITH** |
| | ) | |
| ALLIANT CAPITAL MANAGMENT LLC c/b/a ACM LLC, | ) ) | **MAG. JUDGE CHELSEY M. VASCURA** |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff hereby gives notice that the above-captioned case is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff further hereby gives notice that, in the absence of a withdrawal of this notice or a refiling of this case, the dismissal without prejudice shall automatically convert to a dismissal with prejudice on July 31, 2019.

Dated: May 29, 2019

> By: s/ Geoffrey Parker
>
> Geoffrey Parker (0096049)
> HILTON PARKER LLC
> 10400 Blacklick-Eastern Rd NW, Ste. 110
> Pickerington, OH 43147
> Tel: (614) 992-2277
> Fax: (614) 427-5557
> gparker@hiltonparker.com

## CERTIFICATE OF SERVICE

  I, Geoffrey Parker, Esq., do hereby certify that on this 29th day of May, 2019, I caused a true and correct copy of the above papers to be served by electronic mail on the party listed below.

                   By: s/ Geoffrey Parker

Cooper M. Walker
Malone and Martin PLLC
8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, TX 75231
Tel: (214) 346-2624
Email: cwalker@mamlaw.com
*Counsel for Alliant Capital Management LLC*